UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVAN T. STONE, | ) | No. 1:05 CV 0845 AWI/DLB |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATION |
| | ) | MODIFYING DATES |
| vs. | ) | |
| | ) | |
| JOANNE WOODFORD, et al,, | ) | |
| Defendants. | ) | |
| _____ | ) | |

Having received and reviewed the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the following dates be modified as follows:

| | |
|---|---|
| Non-expert Discovery Cut-off: | Friday, October 6, 2006 |
| Expert Witness Disclosure: | Friday, September 15, 2006 |
| Close of expert witnesses depositions: | Friday, December 1, 2006 |
| File Non-Dispositive Motions: | Monday, December 16, 2006 |
| Hearing on Non-dispositive Motions: | January 5, 2007 |

All other dates to remain as previously ordered.

| | |
|---|---|
| File Dispositive Motions: | January 26, 2007 |
| Hearing Dispositive Motions: | February 26, 2007 |
| Pretrial Conference: | Friday, April 20, 2007, 8:30 a.m. |

*Order on Stipulation Modifying Dates;*
*Stone v. Woodford, CV F 05-0845 AWI/DLB*                                                                 1

1 | Trial: Tuesday, June 5, 2007

2

3 | IT IS SO ORDERED.

4 | Dated: August 9, 2006

   /s/ Dennis L. Beck
5 | UNITED STATES MAGISTRATE JUDGE

*Order on Stipulation Modifying Dates;*
*Stone v. Woodford, CV F 05-0845 AWI/DLB*

2