UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN T. STONE,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOANNE WOODFORD, et al,,<br><br>　　　　　　　　　Defendants. | No. CIV F-05-0845 AWI/DLB<br><br>**ORDER<br>MODIFYING DATES** |

　　GOOD CAUSE APPEARING as the parties have stipulated to a sixty-day extension of the scheduled events listed below,

　　IT IS ORDERED that the following dates be modified as follows:

　　Pretrial Conference:　　　　　　　　Friday, June 22, 2007, 8:30 a.m.

　　Trial:　　　　　　　　　　　　　　　Tuesday, July 24, 2007

IT IS SO ORDERED.

**Dated:　April 18, 2007**　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Proposed] Order to Extend Dates;
*Stone v. Woodford, et al.*, United States District Court, Eastern Division, CV F-05-00845 AWI DLB　　　1