ROBERT NAVARRO
Attorney at Law
Bar No. 128461
P.O. Box 8493, Fresno, California 93747
TEL: 559.452.0934   FAX: 559.452.0986

CAROLYN D. PHILLIPS
Attorney at Law
Bar No. 103045
P.O. Box 5622, Fresno, CA 93755-5622
TEL: 559.248.9833   FAX: 559.248.9820

Attorneys for plaintiff Evan T. Stone

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN T. STONE,<br><br>          Plaintiff,<br><br>     v.<br><br>JOANNE WOODFORD, et al,,<br><br>          Defendants.<br>_____ | No. CIV F-05-0845 AWI/DLB<br><br>**STIPULATION AND PROPOSED ORDER SUSPENDING FURTHER ACTION PENDING SETTLEMENT DISCUSSIONS** |

Plaintiff has recently tendered a settlement demand to defendants. Defendants are currently in the process of considering the demand before making a response. Because of the ongoing settlement negotiations, and the possibility of requesting the Court to participate in such settlement discussions, the parties

HEREBY STIPULATE by and through their respective counsel of record, that the pretrial conference currently scheduled for June 22, 2007, 8:30 a.m., and the trial, set for Tuesday, July 24, 2007, be postponed until settlement discussions have concluded. The plaintiffs will immediately notify the Court of the conclusion of said negotiations or of the need for court participation in settlement discussions.

SO STIPULATED.

**Stipulation & Proposed Order Suspending Further Action Pending Settlement Discussions;**
*Stone v. Woodford, et al.*, United States District Court, Eastern Division, CV F-05-00845 AWI DLB          1

| | |
|---|---|
| Dated: <u>June 12,</u> 2007 | ROBERT NAVARRO<br>CAROLYN D. PHILLIPS |
| | */s/Robert Navarro*<br>Robert Navarro<br>Attorneys for Plaintiff |
| Dated: <u>June 12,</u> 2007 | EDMUND G. BROWN, Jr.<br>Attorney General of the State of California<br>JAMES M. HUMES<br>Chief Assistant Attorney General<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>JENNIFER A. NEILL<br>Supervising Deputy Attorney General<br>ALVIN GITTISRIBOONGUL<br>Supervising Deputy Attorney General |
| | */s/Alvin Gittisriboongul*<br>Alvin Gittisriboongul<br>Attorneys for Defendant<br>John H. Pappenfus, M.D. |

ORDER

GOOD CAUSE APPEARING, as the parties have stipulated to a suspension of further action in this case pending on-going settlement negotiations, IT IS ORDERED that:

1. The pretrial conference currently set for Friday, June 22, 2007, 8:30 a.m., and the trial, currently set for Tuesday, July 24, 2007, are VACATED.

2. Upon the conclusion of settlement negotiations, Plaintiff SHALL immediately notify the court and request either a status conference to set new trial dates or dismissal of this action because of settlement.

3. Plaintiff SHALL file a status reports concerning this action after sixty days and every thirty days thereafter.

4. If the parties desire the assistance of the court in settlement discussions, the parties are directed to contact the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated:   **June 13, 2007**          **/s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE

**Stipulation & Proposed Order Suspending Further Action Pending Settlement Discussions;**
*Stone v. Woodford, et al.*, United States District Court, Eastern Division, CV F-05-00845 AWI DLB          3