EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
ALVIN GITTISRIBOONGUL, State Bar No. 170296
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1997
 Fax: (916) 324-5205
 Email: Alvin.Gittisriboongul@doj.ca.gov

Attorneys for Defendants Mendoza-Powers, Woodford and Erly

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EVAN T. STONE,** | 1:05-cv-0845 AWI DLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| **JOANNE WOODFORD, et al.,** | |
| Defendants. | |

Plaintiff Evan T. Stone, through his counsel of record, and Defendants Kathy Mendoza-Power, Jeanne Woodford, and Nancy Erly, through their counsel of record, stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

1 **IT IS SO STIPULATED.**

2 Dated: November 26, 2007          CAROLYN D. PHILLIPS
                                    Attorney at Law
3

4                                   By: */s/ Carolyn D. Phillips*
                                    CAROLYN D. PHILLIPS
5                                   Attorney for Plaintiff, Evan T. Stone

6 Dated: November 26, 2007          ROBERT NAVARRO
                                    Attorney at Law
7

8                                   By: */s/ Robert Navarro*
                                    ROBERT NAVARRO
9                                   Attorney for Plaintiff, Evan T. Stone

10 Dated: March 26, 2008            OFFICE OF THE ATTORNEY GENERAL

11

12                                  By: */s/ Alvin Gittisriboongul*
                                    ALVIN GITTISRIBOONGUL
                                    Attorney for Defendants, Kathy Mendoza-
13                                  Power, Jeanne Woodford, and Nancy Erly

14

15                                  **ORDER**

16 The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil

17 Procedure.  Rule 41(a)(1), in relevant part, reads:

18 > an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion
19 > for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise
20 > stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed
21 > by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.
22

23 Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

24 answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

25 although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan</u>

26 <u>Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir.

27 1986).  Once the stipulation between the parties who have appeared is properly filed or made in

28 open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.

1  41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal
2  with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made
3  an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d
4  at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space
5  Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

6      Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the
7  Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii)
8  Stipulation For Dismissal With Prejudice.

10  IT IS SO ORDERED.
11  **Dated:    March 27, 2008**                              /s/ Anthony W. Ishii
                                                                                       UNITED STATES DISTRICT JUDGE